UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DAVID GALLEGOS,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO.   CV-09-5076-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 15th day of October, 2010.

                        JAMES R. LARSEN
                        District Court Executive/Clerk

                        by: _s/ Karen White_____
                             Deputy Clerk

cc: all counsel